# FORDHARRISON

366 Madison Avenue | 7th Floor
New York, New York 10017
Tel 212-453-5900 | Fax 212-453-5959

## MEMO ENDORSED

Writer's Direct Dial:

RICHARD BAHRENBURG
212-453-5937
rbahrenburg@fordharrison.com

April 13, 2026

**VIA NYSCEF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> The parties' request for stay pending arbitration is granted. The parties are directed to submit a joint status report within one week of the commencement of arbitration and every three months thereafter. The Clerk of Court is respectfully directed to stay the case.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: April 14, 2026
> New York, New York

Re:    *Romero Lompedro v. DBD Inc., et al.* – **Joint Request for Stay Pending Arbitration**
       *Docket No.: 1:26-cv-00613-ER*

Dear Honorable Judge Ramos:

We represent the Defendants, DBD Inc. dba David Beahm Experiences and David Beahm ("Defendants") in the above captioned matter. We are writing jointly with counsel for Plaintiff, Felix Romero Lompedro ("Plaintiff") to request that, pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, the Court stay this action until arbitration has been had in accordance with an agreement between the Parties.

At the outset of Plaintiff's employment, the Parties entered into a Dispute Resolution Agreement which covers all of Plaintiff's claims at issue in this matter and mandates that they be handled in arbitration. After conferring, the Parties have jointly and voluntarily agreed to submit this case to arbitration in accordance with the agreement.

The Parties anticipate that arbitration will be commenced on or before May 8, 2026. The Parties will provide a joint status update to the Court within one week of the filing of the complaint or at such other interval as the Court directs.

We thank the Court for its consideration.

Very truly yours,

/s/ Richard Bahrenburg

Richard Bahrenburg