UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX ROMERO LOMPEDRO,

Plaintiff,

– against –

DBD INC., *doing business as* David Beahm Experiences *and* DAVID BEAHM,

Defendants.

**ORDER**

26-cv-613 (ER)

Ramos, D.J.:

On April 14, 2026, the Court granted the parties' request for a stay pending arbitration and directed the parties to submit a joint status report within one week of the commencement of arbitration and every three months thereafter. Doc. 11. As of the date of this Order, no status reports have been filed.

Parties are directed to submit a status report by October 28, 2026.

It is SO ORDERED.

Dated: October 21, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.